ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Matter of -- | ) | |
| | ) | |
| Kaiyuh Services, LLC | ) | ASBCA No. FY22-01 |
| | ) | |
| Under Contract No. W9128F-17-C-0024 | ) | |

APPEARANCE FOR THE APPELLANT:     Reinhard B. Mueller
                                                              Senior Vice President

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                              Engineer Chief Trial Attorney
                                                            Stacy K. Birkel, Esq.
                                                              Engineer Trial Attorney
                                                              U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

As a result of Alternative Disputes Resolution proceedings held on August 25, 2022, the dispute has been settled. The matter is dismissed with prejudice.

Dated: September 13, 2022

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. FY22-01, Matter of Kaiyuh Services, LLC, rendered in conformance with the Board's Charter.

Dated: September 13, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals